1  Linda P. Nussbaum (NY 1594753)*
   lnussbaum@nussbaumpc.com
2  **NUSSBAUM LAW GROUP, P.C.**
3  1133 Avenue of the Americas
   31st Floor
4  New York, NY 10036
   Tel: (917) 438-9204
5
   *Attorneys for Plaintiff Andrea Burns and the*
6  *Proposed Class*
7  *\* Pro hac vice*

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11
   | CYNTHIA RYAN and ROSALIA | CASE NO. 2:24-cv-04482-SPG-MAA |
12 | GARCIA, individually and |  |
   | on behalf of all others similarly situated, | Assigned for all Purposes to Courtroom |
13 |  | 5C; Hon. Sherilyn Peace Garnett |
14 | Plaintiff, |  |
   |  | Complaint Filed: May 29, 2024 |
15 | v. |  |
   |  | **CLASS ACTION** |
16 | LIVE NATION ENTERTAINMENT, |  |
   | INC., and TICKETMASTER, LLC, | **PLAINTIFF ANDREA BURNS'** |
17 |  | **RESPONSE TO MOTION FOR** |
   | Defendants. | **CONSOLIDATION AND** |
18 |  | **REQUEST FOR BRIEFING** |
19 |  | **SCHEDULE AND PROTOCOL** |
   |  | **FOR THE CONSIDERATION OF** |
20 |  | **INTERIM CLASS COUNSEL** |
21 |  | **APPLICATIONS** |

22
23
24
25
26
27  PLAINTIFF ANDREA BURNS' RESPONSE TO MOTION FOR CONSOLIDATION AND REQUEST FOR
    BRIEFING SCHEDULE AND PROTOCOL FOR THE CONSIDERATION OF INTERIM CLASS COUNSEL
    APPLICATIONS — CASE NO. 2:24-CV-04482-SPG-MAA
28

| | | |
|---|---|---|
| 1 | AMY GETMAN and STEPHANIE EVANGELISTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TICKETMASTER, LLC, and LIVE NATION ENTERTAINMENT, INC.<br><br>Defendants. | CASE NO. 2:24-cv-04580-SPG-MAA<br><br>Assigned for all Purposes to Courtroom 5C; Hon. Sherilyn Peace Garnett<br><br>Complaint Filed: May 31, 2024<br><br>**CLASS ACTION** |
| 9 | JODI CABALLERO, OWEN CONLAN, BRYAN CURTIS, KELLEY DAVIS, CHARLES FITZGERALD, BRENDAN HEALY, CHRIS RIPPEL, AND MICHAEL WALTERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER, LLC,<br><br>Defendants. | CASE NO. 2:24-cv-04625-JFW-PVC<br><br>Assigned for all Purposes to Courtroom 7A; Hon. John F. Walter<br><br>Complaint Filed: Jun. 3, 2024<br><br>**CLASS ACTION** |
| 19 | FAISAL MOLEDINA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER, LLC,<br><br>Defendants. | CASE NO. 2:24-cv-04631-JLS-MRW<br><br>Assigned for all Purposes to Courtroom 8A; Hon. Josephine L. Staton<br><br>Complaint Filed: Jun. 3, 2024<br><br>**CLASS ACTION** |

PLAINTIFF ANDREA BURNS' RESPONSE TO MOTION FOR CONSOLIDATION AND REQUEST FOR
BRIEFING SCHEDULE AND PROTOCOL FOR THE CONSIDERATION OF INTERIM CLASS COUNSEL
APPLICATIONS — CASE NO. 2:24-CV-04482-SPG-MAA

| | |
|---|---|
| LORIE DUPREEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TICKETMASTER, LLC, and LIVE NATION ENTERTAINMENT, INC.,<br><br>Defendants. | CASE NO. 2:24-cv-04659-SPG-MAA<br><br>Assigned for all Purposes to Courtroom 5C; Hon. Sherilyn Peace Garnett<br><br>Complaint Filed: Jun. 4, 2024<br><br>**CLASS ACTION** |
| COREY POLUK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TICKETMASTER, LLC, and LIVE NATION ENTERTAINMENT, INC.,<br><br>Defendants. | CASE NO. 2:24-cv-04671-JLS-MRW<br><br>Assigned for all Purposes to Courtroom 8A; Hon. Josephine L. Staton<br><br>Complaint Filed: Jun. 4, 2024<br><br>**CLASS ACTION** |
| ANDREA BURNS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TICKETMASTER, LLC, and LIVE NATION ENTERTAINMENT, INC.<br><br>Defendants. | CASE NO. 2:24-cv-04674-SPG-MAA<br><br>Assigned for all Purposes to Courtroom 5C; Hon. Sherilyn Peace Garnett<br><br>Complaint Filed: June 4, 2024<br><br>**CLASS ACTION** |

| | |
|---|---|
| ERIC ANDERSON, TIFFANY MOORE, and DEKIMA THOMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TICKETMASTER, LLC, and LIVE NATION ENTERTAINMENT, INC.,<br><br>Defendants. | CASE NO. 2:24‑cv‑04709‑JLS‑MRW<br><br>Assigned for all Purposes to Courtroom 8A; Hon. Josephine L. Staton<br><br>Complaint Filed: Jun. 5, 2024<br><br>**CLASS ACTION** |
| CHRISTINA XIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TICKETMASTER, LLC, and LIVE NATION ENTERTAINMENT, INC.,<br><br>Defendants. | CASE NO. 2:24‑cv‑04726‑SPG‑MAA<br><br>Assigned for all Purposes to Courtroom 5C; Hon. Sherilyn Peace Garnett<br><br>Complaint Filed: Jun. 5, 2024<br><br>**CLASS ACTION** |
| JAMES CURRY and DAVID FREIFELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TICKETMASTER, LLC, and LIVE NATION ENTERTAINMENT, INC.,<br><br>Defendants. | CASE NO. 2:24‑cv‑04773‑JLS‑MRW<br><br>Assigned for all Purposes to Courtroom 8A; Hon. Josephine L. Staton<br><br>Complaint Filed: Jun. 7, 2024<br><br>**CLASS ACTION** |

PLAINTIFF ANDREA BURNS' RESPONSE TO MOTION FOR CONSOLIDATION AND REQUEST FOR BRIEFING SCHEDULE AND PROTOCOL FOR THE CONSIDERATION OF INTERIM CLASS COUNSEL APPLICATIONS — CASE NO. 2:24-CV-04482-SPG-MAA

| | | |
|---|---|---|
| 1 | KIMBERLY BLAKE and LAMIBIA DUNHAM, individually and on behalf of all others similarly situated, | CASE NO. 2:24-cv-04973-MWF |
| 2 | | Assigned for all Purposes to Courtroom 5A; Hon. Michael W. Fitzgerald |
| 3 | | |
| 4 | Plaintiff, | Complaint Filed: Jun. 13, 2024 |
| 5 | v. | |
| 6 | TICKETMASTER, LLC, and LIVE NATION ENTERTAINMENT, INC., | **CLASS ACTION** |
| 7 | | |
| 8 | Defendants. | |

**TABLE OF CONTENTS**

I. BACKGROUND ..................................................................................................... 1

II. ARGUMENT ......................................................................................................... 2

    A. The Court Should Consolidate All In-District Cases Before a Single Judge .. 2

    B. The Court Should Establish a Process for Rule 23(g) Applications at an Appropriate Time ................................................................................................ 2

III. CONCLUSION ..................................................................................................... 3

PLAINTIFF ANDREA BURNS' RESPONSE TO MOTION FOR CONSOLIDATION AND REQUEST FOR BRIEFING SCHEDULE AND PROTOCOL FOR THE CONSIDERATION OF INTERIM CLASS COUNSEL APPLICATIONS — CASE NO. 2:24-CV-04482-SPG-MAA

i

# TABLE OF AUTHORITES

**CASES**

*Ramirez v. HB USA Holdings Inc.*, No. 20-9748-JGB, 2021 WL 840353 (C.D. Cal. Jan. 15, 2021) ..................................................................................................................3

*White v. TransUnion, LLC*, 239 F.R.D. 681 (C.D. Cal. 2006) ............................................2

**OTHER AUTHORITIES**

Fed. R. Civ. P. 23(g) ........................................................................................................ 1, 3

Fed. R. Civ. P. 23(g) (2)....................................................................................................2

PLAINTIFF ANDREA BURNS' RESPONSE TO MOTION FOR CONSOLIDATION AND REQUEST FOR BRIEFING SCHEDULE AND PROTOCOL FOR THE CONSIDERATION OF INTERIM CLASS COUNSEL APPLICATIONS — CASE NO. 2:24-CV-04482-SPG-MAA

ii

Plaintiffs **ANDREA BURNS** ("Plaintiff Burns") respectfully submits her response to the Notice of Motion and Motion to Consolidate Cases and Appoint Interim Co-Lead Counsel, Liaison Counsel, Executive Committee and Executive Committee Chair (ECF No. 17) ("Consolidation and Appointment Motion" or "Motion") filed by Ryan J. Clarkson of the Clarkson Law Firm, P.C., Thomas E. Loeser of Cotchett Pitre & McCarthy LLP, Daniel S. Robinson of Robinson Calcagnie, Inc., and Mona Amini of Kazerouni Law Group, APC ("Moving Counsel"). Plaintiff Burns joins Moving Counsels' request to consolidate the related cases filed in this District. However, Plaintiff Burns agrees with counsel for **JODI CABALLERO**, **OWEN CONLAN**, **BRYAN CURTIS**, **KELLEY DAVIS**, **CHARLES FITZGERALD**, **BRENDAN HEALY**, **CHRIS RIPPEL**, and **MICHAEL WALTERS** (the "Caballero Plaintiffs") in opposing Moving Counsel's premature request for appointment of Interim Class Counsel pursuant to Federal Rule of Civil Procedure 23(g). Plaintiff Burns submits that this Court should deny Moving Counsel's Rule 23(g) application without prejudice, set a briefing schedule and develop an orderly procedure for submission of Rule 23(g) applications.

## BACKGROUND

Moving Counsel inaccurately represented in their filing that they enjoyed the support of Plaintiff Burns in filing their Motion. To the contrary, Plaintiff Burns was never afforded the opportunity to review the motion prior to filing and, in discussions with counsel for Plaintiff Burns, Moving Counsel presented a leadership structure at odds with that submitted to the Court. Plaintiff Burns did not support Moving Counsel's Motion. Accordingly, Plaintiff Burns joins the Cabellero Plaintiffs Response to Motion for Consolidation and Request for Briefing Schedule and

PLAINTIFF ANDREA BURNS' RESPONSE TO MOTION FOR CONSOLIDATION AND REQUEST FOR BRIEFING SCHEDULE AND PROTOCOL FOR THE CONSIDERATION OF INTERIM CLASS COUNSEL APPLICATIONS — CASE NO. 2:24-CV-04482-SPG-MAA

1

Protocol for the Consideration of Interim Class Counsel Application and adopts the arguments set forth therein by reference here.

## ARGUMENT

### A. The Court Should Consolidate All In-District Cases Before a Single Judge

To the extent there is no MDL established, and to the extent that the related cases are not transferred to a different district, Plaintiff Burns agrees that all the related in-District cases (present and future) and any future related actions removed to or transferred to this District should be consolidated under the first-filed Ryan case pursuant to Rule 42(a).

Plaintiff Burns agrees with Moving Counsel and Cabellero Plaintiffs that consolidation will promote efficiency and protect against inconsistent rulings, and is likely to minimize inconvenience, delay and expense as compared to allowing several substantially identical cases with overlapping classes proceed in tandem. Thus, Plaintiff Burns supports consolidation of the Related Cases currently pending in this District before this Court, as well as eventual transfer and consolidation of the actions from the other districts to this Court.

### B. The Court Should Establish a Process for Rule 23(g) Applications at an Appropriate Time

"The Court may appoint interim class counsel only if the applicant is adequate under Rule 23(g)(1) and (4). If more than one adequate applicant seeks appointment, the court must appoint the applicant best able to represent the class." Fed. R. Civ. P. 23(g)(2). Appointment of interim lead counsel is appropriate where "a large number of putative class actions have been consolidated or otherwise are pending in a single court." *White v. TransUnion, LLC*, 239 F.R.D. 681, 683 (C.D. Cal. 2006) (citing Manual for Complex Litigation (4th) § 21.11).

PLAINTIFF ANDREA BURNS' RESPONSE TO MOTION FOR CONSOLIDATION AND REQUEST FOR BRIEFING SCHEDULE AND PROTOCOL FOR THE CONSIDERATION OF INTERIM CLASS COUNSEL APPLICATIONS — CASE NO. 2:24-CV-04482-SPG-MAA

2

Moving Counsels' request to appoint interim class counsel is premature because the related matters have not yet been consolidated and are not pending before one court. *See, e.g., Ramirez v. HB USA Holdings Inc.*, No. 20-9748-JGB, 2021 WL 840353 *3 (C.D. Cal. Jan. 15, 2021). To the extent that consolidation in this district appears likely, Plaintiff Burns joins the Caballero Plaintiffs in requesting the Court schedule for submission of applications for interim class counsel pursuant to 23(g) triggered by the consolidation of the various related cases, or some other reasonable time as determined by the court that permits the decision to be made after all the interested litigants can be heard on the issue.

## CONCLUSION

For the reasons set forth above, Plaintiff Burns requests that the Court consolidate all in-District cases under the Ryan case number and deny without prejudice the pending motion for Rule 23(g) appointment.

Dated: June 24, 2024

/s/Linda P. Nussbaum
Linda P. Nussbaum (NY 1594753)*
lnussbaum@nussbaumpc.com
**NUSSBAUM LAW GROUP, P.C.**
1133 Avenue of the Americas
31st Floor
New York, NY 10036
Tel: (917) 438-9204

*Attorneys for Plaintiff Andrea Burns and the Proposed Class*
* Pro hac vice

PLAINTIFF ANDREA BURNS' RESPONSE TO MOTION FOR CONSOLIDATION AND REQUEST FOR BRIEFING SCHEDULE AND PROTOCOL FOR THE CONSIDERATION OF INTERIM CLASS COUNSEL APPLICATIONS — CASE NO. 2:24-CV-04482-SPG-MAA

3

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be filed the foregoing document electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record. I further certify that all non-registrants of the Court's ECF system were served via electronic mail.

Dated: June 24, 2024

Respectfully Submitted,

/s/ Linda P. Nussbaum

Linda P. Nussbaum

PLAINTIFF ANDREA BURNS' RESPONSE TO MOTION FOR CONSOLIDATION AND REQUEST FOR BRIEFING SCHEDULE AND PROTOCOL FOR THE CONSIDERATION OF INTERIM CLASS COUNSEL APPLICATIONS — CASE NO. 2:24-CV-04482-SPG-MAA

4