**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Tiara Avaness (SBN 343928)
*tavaness@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RYAN and ROSALIA GARCIA, on behalf of themselves and all others who are similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TICKETMASTER, LLC, and LIVE NATION ENTERTAINMENT, INC.,<br><br>Defendants. | Case No. 2:24-cv-04482-SPG-JC<br><br>Assigned for All Purposes to: Courtroom 5C; Hon. Sherilyn Peace Garnett<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD COUNSEL, LIAISON COUNSEL, AND EXECUTIVE COMMITTEE**<br><br>**Hearing Information:**<br>Date: July 17, 2024<br>Time: 1:30 p.m.<br>Courtroom: 5C<br><br>Complaint Filed: May 29, 2024 |

| | |
|---|---|
| AMY GETMAN and STEPHANIE EVANGELISTA, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TICKETMASTER, LLC, and LIVE NATION ENTERTAINMENT, INC.,<br><br>    Defendants. | Case No.: 2:24-cv-04580-SPG-JC<br><br>Assigned for All Purposes to: Courtroom 5C; Hon. Sherilyn Peace Garnett<br><br>Complaint Filed: May 31, 2024 |
| JODI CABALLERO, OWEN CONLAN, BRYAN CURTIS, KELLEY DAVIS, CHARLES FITZGERALD, BRENDAN HEALY, CHRIS RIPPEL, and MICHAEL WALTERS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER, LLC,<br><br>    Defendants. | Case No.: 2:24-cv-04625-JFW-PVC<br><br>Assigned for All Purposes to: Courtroom 7A; Hon. John F. Walter<br><br>Complaint Filed: June 3, 2024 |
| FAISAL MOLEDINA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.; and TICKETMASTER, L.L.C.,<br><br>    Defendants. | Case No.: 2:24-cv-04631-JLS-MRW<br><br>Assigned for All Purposes to: Courtroom 8A; Hon. Josephine L. Staton<br><br>Complaint Filed: June 3, 2024 |

NOTICE OF WITHDRAWAL OF MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD COUNSEL, LIAISON COUNSEL, AND EXECUTIVE COMMITTEE

| | |
|---|---|
| LORIE DUPREEZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>TICKETMASTER, LLC., AND LIVE NATION ENTERTAINMENT, INC.,<br><br>        Defendants. | Case No.: 2:24-cv-04659-SPG-MAA<br><br>Assigned for All Purposes to: Courtroom 5C; Hon. Sherilyn Peace Garnett<br><br>Complaint Filed: June 4, 2024 |
| COREY POLUK, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>TICKETMASTER, L.L.C. and LIVE NATION ENTERTAINMENT, INC.,<br><br>        Defendants. | Case No.: 2:24-cv-04671-JLS-PD<br><br>Assigned for All Purposes to: Courtroom 8A; Hon. Josephine L. Staton<br><br>Complaint Filed: June 4, 2024 |
| ANDREA BURNS, on her own behalf and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>TICKETMASTER LLC and LIVE NATION ENTERTAINMENT, INC.,<br><br>        Defendants. | Case No.: 2:24-cv-04674-SPG-JC<br><br>Assigned for All Purposes to: Courtroom 5C; Hon. Sherilyn Peace Garnett<br><br>Complaint Filed: June 4, 2024 |

NOTICE OF WITHDRAWAL OF MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD COUNSEL, LIAISON COUNSEL, AND EXECUTIVE COMMITTEE

| | |
|---|---|
| ERIC ANDERSON, TIFFANY MOORE, and DEKIMA THOMAS, on behalf of themselves and all others who are similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TICKETMASTER LLC, and LIVE NATION ENTERTAINMENT, INC.,<br><br>    Defendants. | Case No. 2:24-cv-04709-JLS-JC<br><br>Assigned for All Purposes to: Courtroom 8A; Hon. Josephine L. Staton<br><br>Complaint Filed: June 5, 2024 |
| CHRISTINA XIAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TICKETMASTER, LLC, and LIVE NATION ENTERTAINMENT, INC.,<br><br>    Defendants. | Case No.: 2:24-cv-04726-SPG-JC<br><br>Assigned for All Purposes to: Courtroom 5C; Hon. Sherilyn Peace Garnett<br><br>Complaint Filed: June 5, 2024 |
| JAMES CURRY and DAVID FREIFELD, on behalf of themselves and a class of similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>TICKETMASTER, LLC and LIVE NATION ENTERTAINMENT, INC.,<br><br>    Defendants. | Case No.: 2:24-cv-04773-JLS-PVC<br><br>Assigned for All Purposes to: Courtroom 8A; Hon. Josephine L. Staton<br><br>Complaint Filed: June 7, 2024 |

NOTICE OF WITHDRAWAL OF MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD COUNSEL, LIAISON COUNSEL, AND EXECUTIVE COMMITTEE

| | |
|---|---|
| KIMBERLY BLAKE, and LAMIBIA DUNHAM, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>TICKETMASTER LLC, and LIVE NATION ENTERTAINMENT, INC.<br><br>  Defendants. | Case No.: 2:24-CV-04973-SPG-MAA<br><br>Assigned for All Purposes to: Courtroom 5C; Hon. Sherilyn Peace Garnett<br><br>Complaint Filed: June 13, 2024 |

NOTICE OF WITHDRAWAL OF MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD COUNSEL, LIAISON COUNSEL, AND EXECUTIVE COMMITTEE

**PLEASE TAKE NOTICE** that Plaintiffs hereby withdraw, without prejudice, their Motion to Consolidate Cases and Appoint Interim Co-Lead Counsel, Liaison Counsel, and Executive Committee (the "**Motion**") which was filed on June 14, 2024 (ECF No. 17). Plaintiffs respectfully request that this Court remove from its calendar the hearing on the Motion, currently set for July 17, 2024, at 1:30 p.m.

Respectfully submitted,

Dated: July 3, 2024                    **CLARKSON LAW FIRM, P.C.**

By: /s/ *Yana Hart*
Ryan J. Clarkson, Esq.
Yana Hart, Esq.
22525 Pacific Coast Highway
Malibu, CA 90265
(213) 788-4050; Fax: (213) 788-4070
Email: rclarkson@clarksonlawfirm.com
Email: yhart@clarksonlawfirm.com

**COTCHETT PITRE & MCCARTHY, LLP**
Thomas E. Loeser, Esq.
2716 Ocean Park Blvd., Ste. 3088
Santa Monica, CA 90405
Tel: (206) 802-1272
Fax: (310) 392-0111
Email: tloeser@cpmlegal.com

**ROBINSON CALCAGNIE, INC.**
Daniel S. Robinson, Esq.
19 Corporate Plaza Drive
Newport Beach, California
Tel: (949) 720-1288
Fax: (949) 720-1292
Email: drobinson@robinsonfirm.com

1
NOTICE OF WITHDRAWAL OF MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD COUNSEL, LIAISON COUNSEL, AND EXECUTIVE COMMITTEE

**KAZEROUNI LAW GROUP, APC**
Mona Amini, Esq.
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Tel: (800) 400-6808
Fax: (800) 520-5523
Email: mona@kazlg.com

**TYCKO & ZAVAREEI LLP**
Sabita J. Soneji, Esq.
Em F. Cooper, Esq.
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel: (510) 254-6808
Email: ssoneji@tzlegal.com
Email: ecooper@tzlegal.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger, Esq.
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (858) 209-6941
Email: GKlinger@milberg.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be filed the foregoing document electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: July 3, 2024          */s/ Yana Hart*
                              Yana Hart, Esq.